UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

THERON JOHNNY MAXTON, :
    Plaintiff :
     :
    v. : CIVIL NO. 1:13-CV-1893
     :
UNITED STATES, :
    Defendant :

*O R D E R*

AND NOW, this 16th day of August, 2013, upon consideration of the Report and Recommendation ("R&R") (Doc. 7) of Magistrate Judge Blewitt, to which no objections have been filed, and upon independent review of the record, the court finds no error in the R&R and concludes that it should be adopted. Accordingly:

    1.    It is ORDERED that the R&R (Doc. 7) is ADOPTED.

    2.    Pursuant to the magistrate judge's recommendation, it is further ORDERED as follows:

        a.    Plaintiff's complaint (Doc. 1) is DISMISSED without prejudice. The Clerk of Court is directed to close this case.

        b.    Plaintiff's motion (Doc. 2) for leave to proceed *in forma pauperis* is GRANTED solely for the purpose of filing this action.

        /s/ William W. Caldwell
        William W. Caldwell
        United States District Judge